UNITED STATES, Appellee

v

LONZO TIPTON, Aviation Structural Mechanic (Structures)
(Third Class), U. S. Navy, Appellant

19 USCMA 483, 42 CMR 85

No. 22,763

June 5, 1970

*Lieutenant Scott M. Feldman,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

Tipton pleaded guilty to absence without leave that began April 17, 1969, and to five bad check offenses, all committed in May 1969. The dates of the offenses were such that admission of aggravating evidence in the form of Article 15 punishment revealing other instances of unauthorized absence was erroneous. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970). Considering the offenses charged, the character of the inadmissible evidence, and the fact that the appellant did not receive the maximum punishment imposable, even though tried by special court-martial, we do not believe that the accused was prejudiced by the erroneous revelation of the Article 15 punishment. Accordingly, we affirm the decision of the Court of Military Review.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).